# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | | |
|---|---|---|
| **ERIC DRAKE,** | : | |
| **Petitioner** | : | |
| v. | : | 5:04-CR-24 (WDO) |
| **UNITED STATES OF AMERICA,** | : | |
| **Respondent** | : | |

## ORDER

Petitioner's motion to reconsider the denial of his request for free transcripts is denied for the reasons stated in this Court's previous order. Petitioner is ordered to follow the procedures set forth in that order and the federal rules of procedure to properly file a habeas petition.

**SO ORDERED** this 20th day of September, 2005.

S/Wilbur D. Owens, Jr.
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**