# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **ERIC LAMAR DRAKE,** : | |
| : | |
| **Petitioner** : | |
| : | **5:04-CR-24 (WDO)** |
| v.    : | **5:05-CV-412 (WDO)** |
| : | |
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Respondent** : | |

## ORDER

Having carefully reviewed the Magistrate Judge's Report and Recommendation to deny Petitioner's motion to vacate his sentence, and there being no objection thereto, the Recommendation is ADOPTED and made the order of the Court.

**SO ORDERED this 1st day of August, 2006.**

**S/**
**WILBUR D. OWENS, JR,**
**UNITED STATES DISTRICT JUDGE**